### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ERIC NEUER, doing business as Prairie Pointe Orthodontics, P.A., on behalf of itself and all those similarly situated, | ) ) ) ) | Case No. 2:14-CV-2559 |
| Plaintiff, | ) ) | DEMAND FOR JURY TRIAL |
| v. | ) ) ) | |
| WORLD CLASS TECHNOLOGY CORPORATION d/b/a ORTHO CLASSIC, | ) ) ) | **CLASS ACTION COMPLAINT** |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of Plaintiff's individual claims and allegations against Defendant with prejudice. To the extent Plaintiff's Complaint alleged claims on behalf of a putative class against Defendant, such class action claims and allegations are dismissed without prejudice. Each party is to bear their own costs and attorney's fees.

Dated: March 31, 2015

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/ Ari N. Rodopoulos
Noah K. Wood                           KS #23238
noah@woodlaw.com
Ari N. Rodopoulos                      KS #26585
ari@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff

SPENCER FANE BRITT & BROWNE, LLP

By   /s/ *Joshua C. Dickinson*
Joshua C. Dickinson    KS Bar #20632
jdickinson@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106
T: (816) 474-8100
F: (816) 474-3216

Attorneys for Defendant